CASSIE SPRINGER-SULLIVAN (SBN 221506)
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone: 510.992.6130
Facsimile: 510.280.7564
css@ssrlawgroup.com

Attorneys for Plaintiff
FELI MERCADO


PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; stucker@rmkb.com

Attorneys for Defendant
LBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FELI MERCADO, | CASE NO. C12-6262 MEJ |
|---|---|
| Plaintiff, | STIPULATED REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

Per Civil Local Rule 6.2, Plaintiff FELI MERCADO and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life") hereby petition this Court to grant its stipulated motion to the following:

    1.    WHEREAS, the parties wish to engage in mediation;

2. WHEREAS, the parties have agree to participate in private mediation in this matter, scheduled to occur on March 25, 2013;

3. WHEREAS, the ADR Scheduling Order in this matter has set the Case Management Conference on March 14, 2013;

4. WHEREAS, the parties hope to resolve this case either at mediation or within a short period thereafter, and do not wish to take up the Court's resources unnecessarily;

5. WHEREAS, the parties therefore seek to postpone the Case Management Conference in this case, currently scheduled for March 14, 2013, until April 18, 2013 or the next available day on the Court's calendar, and to postpone any deadlines related to that Conference.

6. WHEREAS, Liberty Life obtained a two week extension from Plaintiff to file its answer and no other modifications to existing deadlines have been made in this case, and no deadlines subsequent to the Case Management Conference will be affected by this stipulation as no dates after the Case Management Conference have been set;

IT IS HEREBY STIPULATED by and between Plaintiff and Liberty Life, through their respective attorneys of record, that in the interests of efficiency benefitting the parties and this Court the parties jointly request that the Case Management Conference in this matter shall be moved to April 18, 2013, or such subsequent date as assigned by this Court, to allow the parties to complete mediation and potentially settle the case. Any deadlines calculated from the date of the Case Management Conference shall be similarly postponed.

**IT IS SO STIPULATED.**

Dated: February 26, 2013

SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ *Cassie Springer-Sullivan*
Cassie Springer-Sullivan

Attorneys for Plaintiff  FELI MERCADO

| | |
|---|---|
| Dated: February 26, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Stacy M. Tucker |
| | PAMELA E. COGAN |
| | STACY M TUCKER |
| | Attorneys for Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

IT IS SO ORDERED.

DATED: ~~February~~ March 6 , 2013

_____
United States Magistrate Court
Judge Maria Elena James