CASSIE SPRINGER (SBN 221506)
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone: 510.992.6130
Facsimile: 510.280.7564
css@ssrlawgroup.com

Attorneys for Plaintiff
FELI MERCADO


PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; stucker@rmkb.com

Attorneys for Defendant
LBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELI MERCADO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>　　　　　Defendant. | CASE NO. C12-6262 MEJ<br><br>STIPULATED REQUEST TO DECLINE REFERRAL TO ADR |

  Per Civil Local Rule 6.2, Plaintiff FELI MERCADO and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life") hereby petition this Court to grant its stipulated motion to the following:

  1.  WHEREAS, on February 21, 2013 the parties filed a stipulation and proposed

1  order selecting private mediation in this action;

2      2. WHEREAS, on March 6, 2013 this court approved the parties' stipulation
3  selecting private mediation;

4      3. WHEREAS, the parties participated in private mediation on March 25, 2013 and
5  were unable to resolve their differences,

6      4. WHEREAS, this court issued a case management order on April 16, 2013 in which
7  it referred this action to ADR for mediation;

8      5. WHEREAS, the parties do not believe that additional mediation will prove
9  productive at this time;

10     IT IS HEREBY STIPULATED by and between Plaintiff and Liberty Life, through their
11 respective attorneys of record, that in the interests of efficiency benefitting the parties and this
12 Court the parties ask to decline the Court's referral of this case to the ADR department for
13 mediation and jointly request that the Court rescind that referral.

14 **IT IS SO STIPULATED.**

16 Dated: April 26, 2013　　　　　　　　　　SPRINGER-SULLIVAN & ROBERTS LLP

18 　　　　　　　　　　　　　　　　　　　　By: /s/ Cassie Springer
　　　　　　　　　　　　　　　　　　　　　　Cassie Springer

19 　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff FELI MERCADO

20 Dated: April 26, 2013　　　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

22 　　　　　　　　　　　　　　　　　　　　By: /s/ Stacy M. Tucker
　　　　　　　　　　　　　　　　　　　　　　PAMELA E. COGAN
23 　　　　　　　　　　　　　　　　　　　　　STACY M TUCKER
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant LIBERTY LIFE
24 　　　　　　　　　　　　　　　　　　　　　ASSURANCE COMPANY OF BOSTON

25 IT IS SO ORDERED. The Court may re-instate the ADR referral at a later date, if appropriate.

27 DATED: April 30, 2013
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Magistrate Court
　　　　　　　　　　　　　　　　　　　　Judge Maria Elena James

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City