CASSIE SPRINGER (SBN 221506)
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone: 510.992.6130
Facsimile: 510.280.7564
css@ssrlawgroup.com

Attorneys for Plaintiff
FELI MERCADO


PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@rmkb.com; stucker@rmkb.com

Attorneys for Defendant
LBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELI MERCADO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br>　　　　　Defendant. | CASE NO. C12-6262 MEJ<br><br>STIPULATED REQUEST TO DECLINE REFERRAL TO ADR |

Per Civil Local Rule 6.2, Plaintiff FELI MERCADO and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life") hereby petition this Court to grant its stipulated motion to the following:

　　　　1.　　WHEREAS, on February 21, 2013 the parties filed a stipulation and proposed

order selecting private mediation in this action;

2. WHEREAS, on March 6, 2013 this court approved the parties' stipulation selecting private mediation;

3. WHEREAS, the parties participated in private mediation on March 25, 2013 and were unable to resolve their differences,

4. WHEREAS, this court issued a case management order on April 16, 2013 in which it referred this action to ADR for mediation;

5. WHEREAS, the parties do not believe that additional mediation will prove productive at this time;

IT IS HEREBY STIPULATED by and between Plaintiff and Liberty Life, through their respective attorneys of record, that in the interests of efficiency benefitting the parties and this Court the parties ask to decline the Court's referral of this case to the ADR department for mediation and jointly request that the Court rescind that referral.

**IT IS SO STIPULATED.**

Dated: April 26, 2013     SPRINGER-SULLIVAN & ROBERTS LLP

By: /s/ Cassie Springer
    Cassie Springer
    Attorneys for Plaintiff FELI MERCADO

Dated: April 26, 2013     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stacy M. Tucker
    PAMELA E. COGAN
    STACY M TUCKER
    Attorneys for Defendant LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

IT IS SO ORDERED. The Court may re-instate the ADR referral at a later date, if appropriate.

DATED: April 30, 2013
                United States Magistrate Court
                Judge Maria Elena James