PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
E-mail:  pcogan@rmkb.com, stucker@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FELI MERCADO, | CASE NO. C12-6262 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON LEAVE TO SERVE AND FILE AMENDED ANSWER TO COMPLAINT** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between plaintiff FELI MERCADO and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("LIBERTY LIFE"), by and through its respective attorneys of record, that defendant shall be and hereby is permitted to serve and file their Amended Answer to the Complaint, attached hereto as Exhibit "A," and filed separately herewith in accordance with Federal Rule of Civil Procedure 15(a)(2).

   All signatories to this document, and all parties on whose behalf it is submitted, have

\ \ \ \

RC1/6944639.1/SMT

STIPULATION TO FILE AMENDED ANSWER
CASE NO. C12-6262 MEJ

1 authorized its filing, subject to Plaintiff's right to file any motion to strike.

2 Dated: July 19, 2013     SPRINGER & ROBERTS LLP

By: /s/ *Cassie Springer*
    CASSIE SPRINGER
    Attorneys for Plaintiff, FELI MERCADO

Dated: July 19, 2013     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Stacy M. Tucker*
    PAMELA E. COGAN
    STACY M. TUCKER
    Attorneys for Defendant, LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, defendant is granted leave to serve and file its Amended Answer to the Complaint in this action, attached as Exhibit A to the stipulation, and defendant's Amended Answer is hereby deemed served upon all parties who have previously appeared in this action.

Dated: July 23 2013     By: _____
    Hon. Maria Elena James
    United States Magistrate Court Judge