1  PAMELA E. COGAN (SBN 105089)
   STACY M. TUCKER. (SBN 218942)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   E-mail:  pcogan@rmkb.com, stucker@rmkb.com
5
   Attorneys for Defendant,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  FELI MERCADO,                          CASE NO.  C12-6262 MEJ

12              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER GRANTING DEFENDANTS
13  v.                                     LIBERTY LIFE ASSURANCE COMPANY
                                           OF BOSTON LEAVE TO SERVE AND
14  LIBERTY LIFE ASSURANCE                 FILE AMENDED ANSWER TO
    COMPANY OF BOSTON,                     COMPLAINT**

15              Defendant.

16

17

18       IT IS HEREBY STIPULATED by and between plaintiff FELI MERCADO and defendant

19  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("LIBERTY LIFE"), by and through

20  its respective attorneys of record, that defendant shall be and hereby is permitted to serve and file

21  their Amended Answer to the Complaint, attached hereto as Exhibit "A," and filed separately

22  herewith in accordance with Federal Rule of Civil Procedure 15(a)(2).

23       All signatories to this document, and all parties on whose behalf it is submitted, have

24  \ \ \ \

25

26

27

28

RC1/6944639.1/SMT                              STIPULATION TO FILE AMENDED ANSWER
                                               CASE NO. C12-6262 MEJ

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  authorized its filing, subject to Plaintiff's right to file any motion to strike.

2  Dated:  July 19, 2013                SPRINGER & ROBERTS LLP

3

4                                        By: /s/ *Cassie Springer*
                                             CASSIE SPRINGER
5                                            Attorneys for Plaintiff, FELI MERCADO

6

7  Dated:  July 19, 2013                ROPERS, MAJESKI, KOHN & BENTLEY

8

9                                        By: /s/ *Stacy M. Tucker*
                                             PAMELA E. COGAN
10                                           STACY M. TUCKER
                                             Attorneys for Defendant, LIBERTY LIFE
11                                           ASSURANCE COMPANY OF BOSTON

12                                              **ORDER**

13

14        **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, defendant is

15  granted leave to serve and file its Amended Answer to the Complaint in this action, attached as

16  Exhibit A to the stipulation, and defendant's Amended Answer is hereby deemed served upon all

17  parties who have previously appeared in this action.

18

19  Dated:  July 23 2013            By: _____
                                            Hon. Maria Elena James
20                                          United States Magistrate Court Judge

21

22

23

24

25

26

27

28