UNITED STATES DISTRICT COURT

Northern District of California

FELI MERCADO,

        Plaintiff,

  v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant.

No. C 12-6262 MEJ

**ORDER RE: STATEMENT OF FACTS**

The Court is in receipt of the parties' letter, dated September 11, 2013, seeking clarification as to whether the Court is requiring the parties to file dispositive motions pursuant to Rule 52 or Rule 56, and if the former is applicable, whether the parties must follow the Court's procedure regarding Statement of Facts for summary judgment motions. In response, the parties are advised that they are to file motions pursuant to Rule 52, but follow the Court's statement of facts procedure for summary judgment motions.

**IT IS SO ORDERED.**

Dated: September 12, 2013

                                                    Maria Elena James
                                                    United States Magistrate Judge